# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

1/20/11

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: CHITWOOD, JAMES /Case # 09-10475
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $12.79. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__x__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount $ | Claim Register # |
|---|---|---|
| I.C. Systems | 3.97 | 5 |
| Jastn Radiology c/o Credit Recovery | 1.57 | 6 |
| MCI Communications | 1.89 | 7 |
| WCA Hospital c/o CBJ Credit Recovery | 1.66 | 11 |
| CBJ Credit Recovery | 1.85 | 12 |
| Chautauqua Radiology | 1.85 | 19 |

THOMAS J. GAFFNEY
Trustee

FILED JAN 24 2011 BANKRUPTCY COURT BUFFALO, N.Y.