*handwritten: 11091728*
*handwritten: 358.02*
*handwritten: 4/27/11*

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

April 28, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: CHITWOOD, JAMES                    /Case # 09-10475
    Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's checks in the amount of $358.02(total) I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

   X   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

   _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Verizon              Amount $      41.84 Claim Register #      10

Claimant DAG Financial        Amount $     316.18 Claim Register #      13

THOMAS J. GAFFNEY
Trustee

F I L E D
APR 28 2011
BANKRUPTCY COURT
BUFFALO, NY